Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-467-678**

**Effective Date of Registration:**
September 26, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Lontra Canadensis River Otter Skeletal Anatomy |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | July 30, 2012 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Aubrey Williams |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Aubrey Williams |
| | 15339 SE Martins St, Portland, OR, 97236, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Aubrey Williams |
| **Email:** | aubreywms@gmail.com |
| **Address:** | 15339 SE Martins St |
| | Portland, OR 97236 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 26, 2025 |
| **Applicant's Tracking Number:** | AW2025092601 |

**Correspondence:** Yes



# Lontra canadensis - *River Otter*

Aubrey Williams