IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AUBREY WILLIAMS,

   Plaintiff,                                       Case No.: 1:26-cv-01588

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

   Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | Homely Accents |
| 2 | neihuangxianlongfajinshuyouxiangongsi |
| 3 | TIN66 |
| 4 | Ohno Tin Signs Store |
| 5 | wudalianchiwanhaopaimai |
| 6 | TianJinShiJingHaiQuYiYueHeDianZiShangWuYouXianGongS |
| 7 | Ruichun business |
| 8 | FIYY |
| 9 | renhuaishijingjiandianzishangwuyouxiangongsi |
| 10 | XiangLuanChuanXianBaiH |
| 11 | xiaojingxiemao77 |
| 12 | wanyujiewangmao32 |
| 13 | Leveeno |
| 14 | taihexianbaochuanmingnongyejiating |
| 15 | dikuguanggaochuanmeiyouxiangongsi |
| 16 | dongzhuo99 |
| 17 | langfangleichenkejiyou |
| 18 | Shuangfeng County Zhenxian Trading Store Sole Proprietorship |
| 19 | SuLianShangMao126 |
| 20 | changgeshihongtaomenchuangyouxiangongsi |
| 21 | tianjinxiaokai |
| 22 | MetalSignAllShop |
| 23 | xuchangdingxiazhuangshigongcheng |
| 24 | henanqianyang737 |
| 25 | hefeijiangsizhundianzishangwuyouxiangongsi |

| 26 | hefeiyijihuadianzishangwuyouxiangongsi |
|----|----------------------------------------|
| 27 | luoyangshipengwudaoluyunshu |
| 28 | luanpuduxinxizixunfuwuyouxiangongsi |
| 29 | yingshangxianjinxiushuichanjiating |
| 30 | heilongjiangzhizhuangruishangmaoyouxiangongsi |
| 31 | shanxifengyuanshebeianzhuang |
| 32 | JuShiDengDianZiShangWu |
| 33 | PaiWeiYeYa |
| 34 | henanshengsiyuwuyeguanliy |
| 35 | 光品生活店 |
| 36 | Three Monkey Posters |
| 37 | Oray Decoration |
| 38 | variation Decorate |
| 39 | Pride Decorate |
| 40 | Thirtyseven Decorate |
| 41 | GXGB |
| 42 | CYHPT |
| 43 | Liuhuui |
| 44 | MYgood |
| 45 | Mogul Demons |
| 46 | Shook Art Studio |
| 47 | XD ART |
| 48 | GZ Art |
| 49 | ZGJ WALL ART |
| 50 | Your Fashion ART |
| 51 | CoolARTPrintCo |
| 52 | Art canvas painting player |
| 53 | joyxxx |
| 54 | WJX ART |
| 55 | Di She Ha |
| 56 | Sunny Z Y J |
| 57 | LIYYK |
| 58 | Radiant Glow smiled |
| 59 | Understand Well |
| 60 | CHENG ART |
| 61 | EAFJNI |
| 62 | Gadget GalaxyABC |
| 63 | Funky Lucky Print |
| 64 | Super Amy |
| 65 | F Distant decorative painting |